IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1682-JLK

**DEADWOOD BIOFUELS, LLC,**

    Plaintiff,

v.

**TRAEGER PELLET GRILLS, LLC,**

    Defendant.

_____

ORDER
_____

KANE, J.

    This matter is before me on Defendant's Motion to Dismiss the Amended Complaint (Doc. 36) and accompanying brief (Doc. 37). Plaintiff filed a Response in Opposition to the Motion (Doc. 41). Defendant filed no reply. Having reviewed the parties' respective briefs and the legal authorities on which each relies, I DENY the Motion to Dismiss and ORDER the case set for a Scheduling Conference. Plaintiff's Amended Complaint includes sufficient factual allegations of market dominance and the leveraging thereof to state plausible claims that Traeger's dealer policy constituted an unlawful tying arrangement and violated federal antitrust laws. Market definition is a fact-intensive inquiry and Plaintiff's factual allegations are sufficient to permit discovery on to proceed. Accordingly,

    Defendant's Motion to Dismiss (Doc. 36) is DENIED. Counsel SHALL CONFER

and SUBMIT a Joint Status Report informing me of the status of these proceedings and any parallel proceedings ongoing in Oregon. The Status Report is due on or before June 19, 2013. In the interim, counsel phone in jointly to chambers to set a date for a Scheduling Conference.

    IT IS SO ORDERED.

    Dated June 12, 2013.

                                            **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE