IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1682-JLK**

**DEADWOOD BIOFUELS, LLC,**

    Plaintiff,

v.

**TRAEGER PELLET GRILLS, LLC,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

In light of the Stipulation for Dismissal (doc. #59), filed August 18, 2014, it is

**ORDERED** that this case is **DISMISSED** with prejudice, the parties to bear their own costs and attorney fees.

Dated: August 18, 2014

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT